# EXHIBIT 1

| | Title of Work | Image | Author/ Artist | Owner / Copyright Claimant | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|---|---|---|
| 1 | LD2249 - Sage Green Truck with Blush Petunias | | Lori Deiter | Lori Deiter | February 23, 2020 | February 19, 2025 | VA 2-447-504 |
| 2 | LD1158 - Secluded Barn with Truck | | Lori Deiter | Lori Deiter | November 15, 2017 | February 19, 2025 | VA 2-446-775 |
| 3 | Tree Farm Special Delivery | | Lori Deiter | Lori Deiter | September 05, 2018 | November 09, 2021 | VA 2-296-027 |
| 4 | LD1475 - Farmhouse Christmas | | Lori Deiter | Lori Deiter | July 31, 2018 | February 19, 2025 | VA 2-447-501 |
| 5 | LD2157 - The Perfect Hideaway | | Lori Deiter | Lori Deiter | January 06, 2020 | February 19, 2025 | VA 2-447-545 |

|  | Title of Work | Image | Author/ Artist | Owner / Copyright Claimant | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|---|---|---|
| 6 | Land That I Love #1 | | Lori Deiter | Lori Deiter | October 07, 2020 | February 19, 2025 | VA 2-447-543 |
| 7 | LD1291 - Home - Land of the Free | | Lori Deiter | Lori Deiter | April 04, 2018 | February 19, 2025 | VA 2-447-502 |
| 8 | LD235 - Sunset on the Farm | | Lori Deiter | Lori Deiter | May 31, 2013 | February 19, 2025 | VA 2-446-628 |
| 9 | LD1235 - Pleasant View | | Lori Deiter | Lori Deiter | February 06, 2018 | February 19, 2025 | VA 2-447-505 |
| 10 | LD1535 - Land That I Love Windmill I | | Lori Deiter | Lori Deiter | September 25, 2018 | February 19, 2025 | VA 2-447-544 |
| 11 | LD2953 - Christmas Blues | | Lori Deiter | Lori Deiter | August 08, 2021 | February 19, 2025 | VA 2-447-546 |